MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA 90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
EMAIL: Mrwainer@swmfirm.com

JS-6

Attorneys for Plaintiff FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver for
INDYMAC BANK, F.S.B.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>EAST COAST MORTGAGE CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No. CV10-8469 AHM (JCGx)<br><br>**ORDER FOR DISMISSAL OF ACTION** |

Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK, F.S.B. ("FDIC"), and defendant EAST COAST MORTGAGE CORPORATION, a New Jersey corporation, it is hereby ordered that:

///

1

1. This action is dismissed with prejudice. The United States District Court for the Central District of California shall retain jurisdiction to enforce the Settlement Agreement and Stipulation for Judgment entered into between the FDIC and EAST COAST MORTGAGE CORPORATION.

IT IS SO ORDERED.

DATED:  June 13, 2012

By:_____
UNITED STATES DISTRICT COURT JUDGE

**JS-6**

2